Scott E. Blakeley (State Bar No. 141418)
SEB@BlakeleyLLP.com
Ronald A. Clifford (State Bar No. 246542)
RClifford@BlakeleyLLP.com
BLAKELEY LLP
2 Park Plaza, Suite 400
Irvine, California 92614
Telephone: (949) 260-0611
Facsimile: (949) 260-0613

Attorneys for Plaintiff,
Allied Building Products Corp.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ALLIED BUILDING PRODUCTS CORP., | Case No.: 3:14-cv-00715 |
| Plaintiff, | Assigned to Hon. Laurel Beeler |
| v. | **[PROPOSED] ORDER APPROVING STIPULATION OF DISMISSAL** |
| PETER G. MAIORANA, JR.; and MARIANO S. ASAN, | Complaint Filed: February 14, 2014<br>Trial Date: May 26, 2015 |
| Defendants. | |

1 | The Court, having reviewed the parties' stipulation (the "Stipulation") of dismissal pursuant
2 | to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, and good cause having been shown,
3 | **IT IS SO ORDERED** that the Stipulation is APPROVED and the above-captioned case is
4 | dismissed, and this Court retains jurisdiction over the enforcement of the settlement agreement
5 | between the parties.

Dated: April 21, 2015

Honorable Laurel Beeler
United States Magistrate Judge